# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TRUSTEES OF THE MILWAUKEE CARPENTERS
DISTRICT COUNCIL HEALTH FUND, et al.**
      **Plaintiffs,**

v.                                                         Case No. 14-C-0539

**HAHN'S BADGER CARPET INC.,**
      **Defendant.**

---

## ORDER

The plaintiffs filed this case on May 9, 2014. Under Fed. R. Civ. P. 4(m), the plaintiffs had 120 days from filing within which to effect service of the complaint upon the defendant. That time period has expired, yet no proof of service has been submitted to the court. As no service appears to have been effected within the 120-day period, Rule 4(m) and Civil Local Rule 41(a) allow me to dismiss the case without prejudice upon my own initiative after 21 days' notice to the plaintiff. This order gives the plaintiffs that notice.

Therefore, **IT IS ORDERED** that the plaintiffs have 21 days from the date of this order to file proof of service. The plaintiffs are hereby advised that this case will be dismissed without prejudice if proof of service is not filed within that time.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2014.

                                               s/ Lynn Adelman
                                               _____
                                               LYNN ADELMAN
                                               District Judge