# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**TRUSTEES OF THE MILWAUKEE CARPENTERS
DISTRICT COUNCIL HEALTH FUND, et al.**
    **Plaintiffs,**

  v.                                                             Case No. 14-C-0539

**HAHN'S BADGER CARPET INC.,**
    **Defendant.**

---

## ORDER

Civil Local Rule 41(b) (E.D. Wis. 2010) states that

> [i]n all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 20 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

This case was filed on May 9, 2014. Defendant was served on May 14, 2014, as evidenced by a return of service filed with the court on November 30, 2014. Six months have expired since the filing of the complaint, yet to date defendant has not answered and plaintiffs have not moved for a default judgment.

Therefore, plaintiffs are put on notice that the court on its own motion shall dismiss this case without prejudice after twenty days from the date of this order unless within that time plaintiffs take sufficient action to prosecute this case.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2014.

                                                  s/ Lynn Adelman

                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge