# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TRUSTEES OF THE MILWAUKEE CARPENTERS**
**DISTRICT COUNCIL HEALTH FUND, et al.**
      **Plaintiffs,**

v.                                                                                  Case No. 14-C-0539

**HAHN'S BADGER CARPET INC.,**
      **Defendant.**

## ORDER

On December 2, 2014, I notified the plaintiff that under the local rules of this district, a court may dismiss a case for lack of prosecution if the defendant has been in default for nearly six months and the plaintiff has not moved for a default judgment. See Civil L.R. 41(b) (E.D. Wis. 2010). I further notified the plaintiff that I would dismiss this case without prejudice unless it acted within twenty days. At the end of this twenty-day period, the plaintiff asked the Clerk of Court to enter the defendant's default. The Clerk entered the defendant's default on December 29, 2014. However, to date, the plaintiff has not filed a motion for a default judgment. The plaintiff is hereby advised that unless it files a motion for a default judgment within twenty days of the date of this order, I will dismiss this case without prejudice.

Dated at Milwaukee, Wisconsin, this 26th day of January, 2015.

                                                   s/ Lynn Adelman
                                                   _____
                                                   LYNN ADELMAN
                                                   District Judge