**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**TRUSTEES OF THE MILWAUKEE CARPENTERS
DISTRICT COUNCIL HEALTH FUND, et al.
    Plaintiffs,**

    v.                                                      Case No. 14-C-0539

**HAHN'S BADGER CARPET INC.,
    Defendant.**

---

## ORDER

Upon review of plaintiffs' motion for a default judgment, **IT IS ORDERED** that such motion is **GRANTED** and that the clerk of court enter judgment in favor of the plaintiffs and against the defendant for $84,822.14.

Dated at Milwaukee, Wisconsin, this 26th day of February, 2015.

                                            s/ Lynn Adelman

                                            _____
                                            LYNN ADELMAN
                                            District Judge